"1. Did the Appellate Court properly conclude that Public Acts 1993, No. 93-77, applied to the defendant's claim because that claim was not a 'final judgment' within the meaning of Public Acts 1993, No. 93-77?

"2. If the answer to question 1. is yes, did the Appellate Court properly conclude that the application of Public Acts 1993, No. 93-77, to the facts of this case did not violate the plaintiff's rights under: (a) article first, § 1, of the Connecticut constitution; (b) article first, § 10, of the United States constitution; (c) the due process clause of the fourteenth amendment to the United States constitution; or (d) article first, § 10, of the Connecticut constitution?"

The Supreme Court docket number is SC 15038.

*Michael P. Del Sole,* in support of the petition.

Decided September 20, 1994

### AETNA LIFE AND CASUALTY COMPANY *v.* MARIE BRACCIDIFERRO*

"1. Did the Appellate Court properly conclude that Public Acts 1993, No. 93-77, applied to the defendant's claim because that claim was not a 'final judgment' within the meaning of Public Acts 1993, No. 93-77?

"2. If the answer to question 1. is yes, did the Appellate Court properly conclude that the application of Public Acts 1993, No. 93-77, to the facts of

---

* The defendant's appeal was withdrawn September 1, 1995.

this case did not violate the plaintiff's rights under: (a) article first, § 1, of the Connecticut constitution; (b) article first, § 10, of the United States constitution; (c) the due process clause of the fourteenth amendment to the United States constitution; or (d) article first, § 10, of the Connecticut constitution?"

The Supreme Court docket number is SC 15039.

*George H. Romania,* in support of the petition.

Decided September 20, 1994